**25-1209**

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

**UNITED STATES OF AMERICA**
***Plaintiff-Appellee,***

**v.**

**JEFF McGRAW,**
***Defendant-Appellant.***

**DOCKETING STATEMENT**

Defendant-appellant, Jeff McGraw, by and through his appointed counsel, Yelena A. Dolgosheeva, hereby submits this Docketing Statement in compliance with the Seventh Circuit Rule 3(c), and states as follows:

1. The district court's jurisdiction in this federal criminal prosecution is conferred by 18 U.S.C. § 3231, which confers upon the Federal District Courts exclusive jurisdiction over all criminal offenses against the laws of the United States. The criminal prosecution was brought pursuant to 18 U.S.C. § 921(g)(1).

2. Defendant-appellant entered a plea of guilty to a being a felon in possession of a firearm that was shipped or transported in interstate or foreign commerce. (R. 107.) On February 10, 2025, defendant-appellant was sentenced to one hundred and eight (108) months of imprisonment, followed by three (3) years of supervised release. (R. 137).

3. This is a direct appeal of a Judgment entered by United States District Court Judge Edmond E. Chang in the Northern District of Illinois following sentencing.

4. Defendant-appellant has been represented by the undersigned counsel pursuant to appointment under the Criminal Justice Act.

5. Defendant-appellant filed Notice of Appeal on February 11, 2025, within the time allowed under Rule 4(b)(1) of the Federal Rules of Appellate Procedure. (R. 139). No motions were filed after imposition of the sentence.

6. The United States Court of Appeals for the Seventh Circuit has jurisdiction over the appeal in this case pursuant to 28 U.S.C. § 1291, which confers jurisdiction on the Court of Appeals over all final decisions of the District Court and 18 U.S.C. §3742(a), which permits defendants in a criminal case, on direct appeal, to challenge sentence imposed.

Respectfully submitted,
/s/ Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com

**CERTIFICATE OF SERVICE**

I, Yelena A. Dolgosheeva, an attorney, certify that I have caused a copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system and served, by the electronic filing system, upon all attorneys of record, on this 14th day of February, 2025.

/s/ Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com