**25-1209**

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

**UNITED STATES OF AMERICA**
***Plaintiff-Appellee,***

**v.**

**JEFF McGRAW,**
***Defendant-Appellant.***

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT-APPELLANT JEFF McGRAW**

NOW COMES Attorney Yelena A. Dolgosheeva, and respectfully moves this Honorable Court to allow her to withdraw as counsel for the Defendant-Appellant JEFF McGRAW and for a member of Appellate CJA panel to be appointed to represent him. In support of this motion, counsel states as follows:

1. Pursuant to the Criminal Justice Act, counsel was appointed by the district court to represent defendant-appellant.

1. On September 23, 2024, defendant-appellant pleaded guilty to being a felon in possession of a firearm.

2. On February 10, 2025, defendant-appellant was sentenced to 108 months of imprisonment and 3 years of supervised release.

3. Defendant-appellant informed district court that he wishes to pursue an appeal.

4. Clerk of Court filed Notice of Appeal. Counsel ordered transcripts, filed Transcript Information Sheet and filed Docketing Statement for defendant-appellant.

5. Defendant-appellant is incarcerated.

6. Counsel is not a member of Appellate CJA panel and is requesting leave to withdraw and for a member of Appellate CJA panel to be appointed to represent defendant-appellant.

Respectfully submitted,
/s/ Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com

**25-1209**

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

**UNITED STATES OF AMERICA**
***Plaintiff-Appellee,***

**v.**

**JEFF McGRAW,**
***Defendant-Appellant.***

I, Yelena A. Dolgosheeva, being first duly sworn and under oath, depose and state as follows:

1. That I am an attorney licensed to practice law in the State of Illinois and a member of the bar of this Honorable Court.

2. That I am the attorney working on the appeal of JEFF McGRAW.

3. That facts contained in the Defendant-Appellant's Motion to Withdraw as Counsel for Defendant-Appellant are true and correct to the best of counsel's knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com

**CERTIFICATE OF SERVICE**

I, Yelena A. Dolgosheeva, an attorney, certify that I have caused a copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system and served, by the electronic filing system, upon all attorneys of record, on this 18th day of February, 2025 and on mailed a copy to

Mr. Jeff McGraw
Winnebago County Jail
650 West State Street
Rockford, IL 61102

/s/ Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com