**25-1209**

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

**UNITED STATES OF AMERICA**
***Plaintiff-Appellee,***

**v.**

**JEFF McGRAW,**
***Defendant-Appellant.***

## STATUS REPORT

NOW COMES Attorney Yelena A. Dolgosheeva, counsel for Defendant-Appellant JEFF McGRAW, and hereby submits this Status Report, in compliance with this Honorable Court's Order of February 11, 2025. On February 14, 2025, counsel e-filed Docketing Statement and Transcript Information Sheet signed by court reporter and stating that transcripts' estimated completion date is March 18, 2025. Further, on February 18, 2025, counsel filed motion to withdraw as counsel for defendant-appellant.

Respectfully submitted,
/s/ Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com

**CERTIFICATE OF SERVICE**

I, Yelena A. Dolgosheeva, an attorney, certify that I have caused a copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system and served, by the electronic filing system, upon all attorneys of record, on this 18th day of February, 2025.

/s/ Yelena A. Dolgosheeva

DolTer Law, P.C.
Mailing Address: P.O. Box 5382, Buffalo Grove, Illinois 60089
Telephone: 847-208-4348
Fax: 312-267-1810
E-mail: dolgosheeva2002@yahoo.com