# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 19, 2025

*By the Court:*

| | |
|---|---|
| No. 25-1209 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>JEFF MCGRAW,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:23-cr-00028-1<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang |

**IT IS ORDERED** that briefing in this appeal is **SUSPENDED** pending resolution of the motion to withdraw filed on February 18, 2025.